UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-80028-TP-Rosenberg

UNITED STATES OF AMERICA,

v.

HENRY GIVENS,

        Defendant.
_____/

## REPORT & RECOMMENDATION

Defendant, HENRY GIVENS, appeared before the Court on July 20, 2020, represented by counsel, for a final hearing on violation of supervised release. Defendant was originally convicted of being a Felon in Possession of a Firearm in violation of Title 18 U.S.C. § 922(g)(e). Following this conviction, he was sentenced to Two Hundred Thirty (230) months in prison and five (5) years of supervised release.

The Defendant began his term of supervised release on July 19, 2019. He presently stands charged with violating his supervised release by: (1) unlawfully possessing or using a controlled substance; (2) by unlawfully possessing or using a controlled substance; (3) by unlawfully possessing or using a controlled substance; (4) by failing to report to his treatment provider, Changing Wellness as directed; (5) by failing to refrain from violation of the law; (6) by failing to refrain from violation of the law; (7) by failing to follow the instructions of the probation officer and (8) by failing to notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.

Defendant freely, knowingly, and voluntarily admitted to violations 1-4 and 6-8 and, stated his wish to proceed to sentencing as soon as possible. The United States Attorney, with the concurrence of the Probation Officer, represented that it intends to dismiss violation 5 at sentencing. Accordingly, the Court RECOMMENDS that the District Court accept Defendant's admissions and find the Defendant guilty of committing violations 1-4 and 6-8. The Court further RECOMMENDS that this matter be set down for sentencing before U.S. District Judge Robin L. Rosenberg.

A party shall serve and file written objections, if any, to this Report and Recommendation with U.S. District Judge Robin L. Rosenberg, within 14 days after being served with a copy. *See* 28 U.S.C. § 636(b)(1)(C). Failure to file timely objections may limit the scope of appellate review of factual findings contained herein. *See U.S. v. Warren*, 687 F.2d 347, 348 (11th Cir. 1982) cert. denied, 460 U.S. 1087 (1983).

DONE and SUBMITTED in Chambers at West Palm Beach in the Southern District of Florida, this 21st day of July 2020.

BRUCE E. REINHART
U.S. MAGISTRATE JUDGE